NATHAN ROSENBLUTH, Appellant, *v.* SOL SACKADORF et al., Respondents.

Submitted November 17, 1948; decided December 2, 1948.

*Herbert L. Fine* and *Samuel Douglas* for appellant.
*Milton M. Eisenberg* and *Ralph Weller* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.